**1227 BURTON vs. ST. GEORGE'S SOCIETY, 28 M., 260.**

To restore relator to membership.

Denied 1873.

Relator insisted that the charges were insufficient and the proceedings irregular.

Held otherwise.


**1228 BOSTWICK vs. FIRE DEPARTMENT (Detroit), 49 M., 513.**

To compel restoration to membership.

Denied January 5, 1883.

Where one who was excluded for non-payment of dues, by proceedings of doubtful validity, but who had practically acquiesced, and did not tender payment, or seek to be reinstated for upwards of 19 years and does not explain the delay, the writ will be denied.


**1229 PULFORD vs. THE FIRE DEPARTMENT OF THE CITY OF DETROIT, 31 M., 457.**

To compel respondents to restore relator to his position as a member of the Fire Department, which respondents claim was forfeited during the absence of relator on military duty during the war, for non-payment of yearly dues.

Granted, with costs, April 20, 1875.

Relator is not shown or alleged to have received any personal notice of the default of his dues, or of the proceedings to forfeit his membership. On his return after the war he applied for restoration and offered to pay his dues, as he did also before commencing this proceeding, but was refused.